IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRANCE PETERSON, | : |
|     Plaintiff, | : |
| v. | : Civ. No. 16-160-LPS |
| ROBERT WILKIE,[*] | : |
|     Defendant. | : |

**ORDER**

At Wilmington this 26th day of October, 2020, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (D.I. 37) is GRANTED.

2. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiff and to close the case.

                                                                               UNITED STATES DISTRICT JUDGE

---

[*] David Shulkin was the United States Secretary of Veterans' Affairs at the time of the filing of the Amended Complaint. Robert Wilkie was sworn in as the Secretary of Veterans' Affairs on July 30, 2018. Pursuant to Federal Rule of Civil Procedure 25(d), Robert Wilkie is substituted for David Shulkin as the named defendant.