(Del. Rev. 05/2014) Pro se Notice of Appeal

# NOTICE OF APPEAL
# TO
# U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

APPEALS COURT
CASE NUMBER: _____
(To be assigned by Appeals Court)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

TERRANCE PETERSON
_____

DISTRICT COURT          16-160-LPS
Civ. Action No.: _____

v.

ROBERT WILKIE
_____

DISTRICT COURT
JUDGE: _____  Hon. Leonard P. Stark

Notice is hereby given that ___TERRANCE PETERSON_____,
(Named Party)

who proceeds *pro se*, appeals to the United States Court of Appeals for the Third Circuit from

[X] Judgment, [ ] Order, [ ] Other (specify) _____

_____

entered in this action on ___OCTOBER 26, 2020___
(date)

Dated: ___NOVEMBER 2, 2020___

_____
(Signature)
TERRANCE PETERSON

_____
(Print Name)
4023 ROSETREE LANE

_____
(Address)
NEWARK, DELAWARE 19702

_____
(City, State, Zip Code)
302 454-1865

_____
(Telephone Number)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TERRANCE PETERSON, ) ) APPELLANT, ) ) V. ) ) ROBERT WILKIE, ) ) RESPONDENT ) ) | Civil Action No.16-160-LPS |

## CERTIFICATE OF SERVICE

I, Terrance Peterson, hereby certify that on November 2, 2020, I served a copy of the following titled document :
   TO   UNITED STATES COURT OF APPEALS, THIRD CIRCUIT

with the Clerk of the court . I further certify that one said copy was sent via U.S. certified mail upon:

The US Attorney's Office
1313 N. Market Street
Wilmington, Delaware 19899

Dated November 2, 2020

                                    Terrance Peterson
                                    4023 Rosetree Lane
                                    Newark, Delaware      ( 302) 454-1865