UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-3244
_____

TERRANCE PETERSON,
Appellant

v.

SECRETARY UNITED STATES DEPARTMENT OF VETERANS AFFAIRS

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 1:16-cv-00160)
District Judge:  Honorable Leonard P. Stark

_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
March 23, 2021
Before:  MCKEE, SHWARTZ and RESTREPO, Circuit Judges

_____

**JUDGMENT**

_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was submitted pursuant to Third Circuit LAR 34.1(a) on March 23, 2021.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered October 26, 2020, be and the same is hereby affirmed.  Costs taxed against the appellant.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: May 25, 2021

Certified as a true copy and issued in lieu
of a formal mandate on   July 16, 2021

Teste:  *Patricia A Dodszuweit*
Clerk, U.S. Court of Appeals for the Third Circuit